LEAK v. RAILROAD Co., from Mecklenburg County. Affirmed. Jones & Tillett for plaintiff; Burwell, Walker & Cansler for defendant.

HINSON v. M'F'G' Co., from Mecklenburg County. Affirmed. W. M. Smith and Osborne, Maxwell & Keerans for plaintiff; Jones & Tillett for defendant.

CALDWELL v. TELEPHONE Co., from Mecklenburg County. Affirmed. Jones & Tillett for plaintiff; Osborne, Maxwell ɩ Keerans for defendant.

SMITH v. RAILROAD Co., from Mecklenburg County. Motion to docket and dismiss defendant's appeal under Rule 17, allowed. Burwell, Walker & Cansler for plaintiff; no counsel for defendant.

LOG Co. v. COFFIN, from Swain County. Affirmed. Merrimon & Merrimon for plaintiff; F. C. Fisher for defendant.

STEWART v. EVITT, from Macon County. Affirmed. J. F. Ray for plaintiff; G. S. Ferguson, S. P. Ravenel, Jr., for defendant.

COWAN v. LUMBER Co., from Macon County. Dismissed under authority of *McNeill v. R. Co.,* 117 N. C., 642. Simmons, Pou & Ward for plaintiff; R. L. Cooper for defendant.

NOTE.—In *Brinkley v. Ballance, ante,* 393, Mr. Justice DOUGLAS dissents.—*Reporter.*